**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.:  1:19-cr-00011-004 |
| | ) | |
| CLAYTON LEE TATE, | ) | |
| | ) | |
| Defendant. | ) | |

**RESPONSE TO PRESENTENCE INVESTIGATION REPORT**

Clayton Lee Tate, the defendant herein, by counsel, has no objection to the Presentence Investigation Report dated October 8, 2019, and prepared by Probation Officer Angela T. Sullivan.

Dated this 15th date of October 2019.

                                                  CLAYTON LEE TATE
                                                  BY COUNSEL

BY:
/s/ Thomas R. Scott, Jr.___
Thomas R. Scott, Jr.
STREET LAW FIRM, LLP
P.O. Box 2100
Grundy, VA 24614
(276) 935-2128 – Telephone
(276) 935-4162 – Facsimile
VSB#: 16513
trs@streetlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the Defendant's Response to Presentence Investigation Report with the Clerk of the Court using the CM/ECF system, which will send notification of such filings and send a copy of such filing to the Assistant United States Attorney for the Western District of Virginia, or other prosecutor, who is responsible for the handling of this case on this the 15th day of October, 2019.

/s/ Thomas R. Scott, Jr.
COUNSEL FOR THE DEFENDANT